**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-26433-AJC**

☐ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Miriela Cardentey                              CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-7135                    Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A. $ 170.00 for months 1 to 60 ;
  B. $_____ for months ____ to ____;
  C. $_____ for months ____ to ____ in order to pay the following creditors:

Administrative:  Attorney's Fee  $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                 TOTAL PAID      $ 2,300.00
                 Balance Due     $ 1,950.00  payable $ 108.34 month (Months 1 to 18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                    Arrearage on Petition Date $ _____
Address _____             Arrears Payment $_____/month (Months ___ to ___)
        _____             Arrears Payment $_____/month (Months ___ to ___)
        _____             Regular Payment $_____/month (Months ___ to ___)

2. _____              Arrears Payment $_____
   _____              Arrears Payment $_____/month (Months ___ to ___)
   _____              Regular Payment $_____/month (Months ___ to ___)
                                          Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| PNC NE ER<br>Loan No. xxxxx4489<br>Prop Add: 7765 W 12th CT<br>Hialeah, FL 33014 | Homestead Property<br>$175,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____        Total Due $_____
                                     Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 44.66 month (Months 1 to 18 ). Pay $153.00/mo (Mos 19 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Chase Home Finance (Loan#xxxx4651) directly outside the plan. The debtor will provide copies of her income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtor will amend schedules I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Robert Sanchez, Esq._
Attorney for Debtor
Date: 08/23/11